IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

    IAMS FUNERAL HOME, INC.,

        Appellant/Debtor,

v.                                          Civil Action No. 5:07CV170
                                                            (STAMP)
STATE OF WEST VIRGINIA ex rel.
DARRELL V. McGRAW, JR.,

        Appellee,

DAVID L. BISSETT,

        Trustee.

## ORDER SETTING BRIEFING SCHEDULE

    Notice of appeal of the decision of the Bankruptcy Court has been filed in this case and the certified record has been received by this Court. Bankruptcy Rule 8009 sets forth a briefing schedule unless the district court by order specifies different time limits. It is hereby ORDERED that the following shall be the schedule for the filing of briefs in this matter:

    1. Appellant shall file and serve on opposing counsel a memorandum in support of appeal on or before **January 11, 2008**. A failure to file a timely memorandum may result in dismissal of the appeal.

    2. Appellee shall file a response on or before **January 25, 2008**.

    3. Any reply brief shall be filed on or before **February 5, 2008**.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    January 2, 2008

                                    /s/ Frederick P. Stamp, Jr.
                                    FREDERICK P. STAMP, JR.
                                    UNITED STATES DISTRICT JUDGE